ORDERED.

**Dated:  December 02, 2015**

Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **Tarik Choudhury** | ) | **Case No.:  6:15-bk-07141-KSJ** |
| | ) | **Chapter 7** |
| | ) | |
| **Debtor.** | ) | |
| _____ | ) | |

**ORDER GRANTING UNITED STATES TRUSTEE'S
UNOPPOSED  MOTION FOR EXTENSION OF TIME TO FILE
A MOTION TO DISMISS UNDER 11 U.S.C. § 707 OR A COMPLAINT OBJECTING TO
DISCHARGE UNDER 11 U.S.C. § 727**

Upon the United States Trustee's Unopposed Motion for Extension of Time, filed

November 24, 2015 (Dkt. No.  26) (the "Unopposed Motion"), and the Court having considered

all the facts and circumstances of this case, it is

ORDERED:

1.      The Unopposed Motion is GRANTED.

2.      The United States Trustee's deadline for filing a Motion to Dismiss under 11

U.S.C. § 707 or a Complaint Objecting to Discharge under 11 U.S.C. § 727 is hereby extended to

January 29, 2016.

# # # # #

Copies to (Service by BNC):
Tarik Choudhury, 1346 Glenheather Dr., Windermere, FL 34786;
Mary Reid Mayo Morelly, 7217 E Colonial Dr #113, Orlando, FL 32807;
Dennis D Kennedy, Post Office Box 541848, Merritt Island, FL 32954; and
Office of the United States Trustee, 400 W. Washington St., Suite 1100., Orlando, FL 32801.