**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**MIDDLE DIVISION**

In re

Tarik Choudhury

Debtor(s).

|  |  |
|---|---|
| ) ) ) ) ) ) ) ) | Case No. 6:15-BK-07141-KSJ<br>Chapter 7 |

**DEBTOR'S MOTION TO VOLUNTARILY DISMISS CASE**

    Debtor, Tarik Choudhury, by and through the undersigned attorney, moves for an Order pursuant to Fed. R. Bankr. P. 707 and requests that the Court dismiss his Chapter 7 case. Debtor's primary reason for filing Chapter 7 was to keep his homestead property. The lender for Debtor's homestead property obtained relief from the automatic stay on 12/09/2015 and has been able to proceed with State Court remedies. The Debtor is trying to work directly with the lender on a loan modification. Therefore, the main purpose for Debtor's filing Chapter 7 is now moot.

    Many of the Debtor's creditors have judgments already, are secured creditors, or have indicated they will seek relief from the automatic stay or would seek relief from a discharge if one was granted. Since many of Debtor's creditors are working directly with Debtor, or seeking remedies outside of bankruptcy and/or still have remedies available to them in State Courts, if needed, there will be no undue prejudice to Debtor's creditors for

Debtor's bankruptcy case to be dismissed.  Debtor continuing on with his bankruptcy case is actually making it more difficult for Debtor to work out any settlements with his creditors at this time.

WHEREFORE, Debtor asks that the Court grant this motion and for such other relief as is just and proper.

Dated:   01/12/2016

/s/ **Mary Reid Mayo Morelly #0103092**
Mary Reid Mayo Morelly, Esq.
FL Bar No: 0103092
Attorney for the Debtor
Law Offices of Clint Curtis & Ingrid Morfa
7217 E. Colonial Dr. Suite #113
Orlando, FL 32807
Phone: 407-384-3120
Fax: 321-445-4184
Email: mary.morelly@clintcurtis.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing has been served upon all parties that are to be electronically noticed through CM/ECF this 12th day of January, 2016.

/s/ **Mary Reid Mayo Morelly #0103092**
Mary Reid Mayo Morelly, Esq.
FL Bar No: 0103092
Attorney for the Debtor
Law Offices of Clint Curtis & Ingrid Morfa
7217 E. Colonial Dr. Suite #113
Orlando, FL 32807
Phone: 407-384-3120
Fax: 321-445-4184
Email: mary.morelly@clintcurtis.com