**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**MIDDLE DIVISION**

In re

Tarik Choudhury

Debtor(s).

                                      )  Case No. 6:15-BK-07141-KSJ
                                      )  Chapter 7

## NOTICE OF PRELIMINARY HEARING

      A preliminary non-evidentiary hearing will be held before the Honorable Karen S. Jennemann on March 31, 2016 at 11:00 AM in Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801 to consider and act upon the following:

      Motion to Dismiss Case filed by Mary Reid Mayo Morelly, on behalf of Tarik Choudhury, on January 12, 2016, and docketed as Document Number 33.

      The failure of a party or, if represented, that party's counsel to attend the preliminary hearing shall constitute that party's abandonment of the motion or consent by failure to oppose, and the Court may enter an appropriate order based on such nonappearance without further notice or hearing.

      Testimony of witnesses will not be permitted at the preliminary hearing, and motions that cannot be disposed of at the hearing will be set for final evidentiary hearing.

      Appropriate Attire. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

      Avoid delays at Courthouse security checkpoints. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: 01/20/2016

**/s/ Mary Reid Mayo Morelly #0103092**
Mary Reid Mayo Morelly, Esq.
FL Bar No: 0103092
Attorney for the Debtor
Law Offices of Clint Curtis & Ingrid Morfa
7217 E. Colonial Dr. Suite #113
Orlando, FL 32807
Phone: 407-384-3120
Fax: 321-445-4184
Email: mary.morelly@clintcurtis.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing has been served upon all interested parties that are to be electronically noticed through CM/ECF this 20th day of January, 2016.

**/s/ Mary Reid Mayo Morelly #0103092**
Mary Reid Mayo Morelly, Esq.
FL Bar No: 0103092
Attorney for the Debtor
Law Offices of Clint Curtis & Ingrid Morfa
7217 E. Colonial Dr. Suite #113
Orlando, FL 32807
Phone: 407-384-3120
Fax: 321-445-4184
Email: mary.morelly@clintcurtis.com